ACCEPTED
15-25-00037-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/22/2025 1:06 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00037-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/22/2025 1:06:30 PM
CHRISTOPHER A. PRINE
Clerk

_____

TEXAS ALCOHOLIC BEVERAGE COMMISSION,

*Appellant*,

v.

EARL PEARSON,

*Appellee*.

_____

On Appeal from the
261st Judicial District Court, Travis County

_____

## APPELLANT'S UNOPPOSED SECOND MOTION FOR
## EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

_____

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Chief for General Litigation Division

KELSEY L. WARREN
Assistant Attorney General
Texas Bar No. 24095736

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4083| FAX: (512) 320-0667
kelsey.warren@oag.texas.gov

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Defendant-Appellant moves for an extension of time of four weeks to file its brief, and would respectfully show the court the following:

Appellant's brief is due on Tuesday, May 27, 2025. Appellant requests that this Court grant an extension of time of four weeks until Tuesday June 24, 2025, to file Appellant's brief.

Appellant requests this extension because counsel for Appellant has been involved in post-trial activities following completion of the jury trial in *Greig v. Texas A&M University Texarkana*, No. 5:23-cv-00030-JRG-JBB (E.D. Tex.) on May 13. Additionally, counsel for Appellant has been ill and required to take leave that interfered with her ability to devote the requisite time to preparation of Appellant's brief. The requested extension is reasonable and necessary to allow Appellant adequate time to prepare its brief. This request is not made for delay, but only so that justice may be done.

This is Appellant's second request for an extension of time.

Appellant has conferred with counsel for Appellee, and he has indicated that he does not oppose this motion.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Chief for General Litigation Division

*/s/Kelsey L. Warren*
KELSEY L. WARREN
Assistant Attorney General
Texas Bar No. 24095736
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4083| FAX: (512) 320-0667
kelsey.warren@oag.texas.gov

***Counsel for Defendants-Appellant***

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed and served electronically on May 22, 2025, to all counsel of record:

/s/Kelsey L. Warren
KELSEY L. WARREN
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I certify that on May 22, 2025, a representative of counsel for Appellant conferred counsel for Appellee Earl Pearson, who indicated he was not opposed.

/s/Kelsey L. Warren
KELSEY L. WARREN
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

La Shanda Green on behalf of Kelsey Warren
Bar No. 24095736
lashanda.green@oag.texas.gov
Envelope ID: 101162014
Filing Code Description: Motion
Filing Description: APPELLANTS UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS BRIEF
Status as of 5/22/2025 1:18 PM CST

Associated Case Party: Earl Pearson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Melton | 24013155 | jmelton@jfmeltonlaw.com | 5/22/2025 1:06:30 PM | SENT |
| Michael Balcezak | | Michael@jfmeltonlaw.com | 5/22/2025 1:06:30 PM | SENT |

Associated Case Party: Texas Alcoholic Beverage Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LASHANDA GREEN | | lashanda.green@oag.texas.gov | 5/22/2025 1:06:30 PM | SENT |
| KELSEY WARREN | | kelsey.warren@oag.texas.gov | 5/22/2025 1:06:30 PM | SENT |